*Henry E. Hall et al* v. *Peter C. Newell et al.* G. A. SIM-MONS, for complainants; H. H. Ross and G. STOW, for de-fendants. The exceptions of both parties to master's report

Right to appeal, on bill taken *pro confesso.*

overruled, without costs to either party, as against the other; and final decree upon the equity reversed.